# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW
**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

June 12, 2020

**VIA ECF**

Hon. Judge Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted. The June 17, 2020 Initial Pretrial Conference is adjourned. The parties shall submit a joint letter regarding the status of mediation by July 24, 2020. The Clerk is instructed to terminate ECF No. 33.
>
> **SO ORDERED.**
>
> Dated: New York, NY
> June 15, 2020
> _____
> Philip M. Halpern, U.S.D.J.

Re: *Morones v. Via Garibaldi Inc., et al.*
20 Civ. 00829 (PMH)

Dear Judge Halpern:

    We represent Plaintiff in the above-referenced matter. The Parties jointly write to respectfully request that the Court adjourn the initial pretrial conference currently scheduled to take place on June 17, 2020, at 2:30 p.m.

    As per the Mediation Referral Order filed by Judge Vincent L. Briccetti on March 13, 2020 (ECF No. 30), the Parties participated in a mediation with Court-appointed mediator Raymond Nardo yesterday, June 11, 2020. Although the Parties were not able to reach a resolution yesterday, we have scheduled a second session with Mr. Nardo that will take place on July 20, 2020. We request that the Court delay the initial pretrial conference until after the second session, as the Parties are hoping that this matter might be resolved then.

    Thank you for your consideration.

Respectfully submitted,

*Catalina Cadavid*

Catalina Cadavid

cc: Counsel of Record (via ECF)